O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-7-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MEZQUITA,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>J. SOTO, Warden,<br><br>　　　　　　Respondent. | Case No. CV 14-5994-VAP (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: Oct 3 2014

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE